IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CONESTOGA WOOD SPECIALITIES CORPORATION, et al.** | : : : : | **CIVIL ACTION** |
| **v.** | : : | **No. 12-6744** |
| **KATHLEEN SEBELIUS, et al.** | : | |

### ORDER

**AND NOW**, this 11th day of January, 2013, upon consideration of Plaintiffs' "Motion for Preliminary Injunction" (Doc. No. 7), the response thereto, and the amicus curiae brief filed by the American Civil Liberties Union and American Civil Liberties Union of Pennsylvania in opposition to Plaintiffs' motion (Doc. No. 38), and for the reasons stated in this Court's accompanying Memorandum Opinion, it is hereby **ORDERED** that Plaintiffs' motion is **DENIED**.

BY THE COURT:

/s/ Mitchell S. Goldberg

_____
**Mitchell S. Goldberg, J.**