IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CONESTOGA WOOD SPECIALITIES CORPORATION, et al.,** | : | **CIVIL ACTION** |
| | : | |
| **Plaintiffs,** | : | |
| | : | |
| v. | : | NO. 12-6744 |
| | : | |
| **SYLVIA M. BURWELL, et al.,** | : | |
| | : | |
| **Defendants.** | : | |

## ORDER

**AND NOW**, this 2nd day of October, 2014, upon consideration of "Defendants' Notice of Consent to Injunction and Judgment" (Doc. No. 74) and in light of the United States Supreme Court's ruling in <u>Burwell v. Hobby Lobby Stores, Inc.</u>, 134 S. Ct. 2751 (2014), it is hereby **ORDERED** that Defendants are permanently **ENJOINED** from enforcing against Plaintiffs, their group health plan, and the group health insurance coverage provided in connection with that plan, the statute and regulations that require Plaintiffs to provide their employees coverage for "[a]ll Food and Drug Administration approved contraceptive methods, sterilization procedures, and patient education and counseling for all women with reproductive capacity[.]" <u>See, e.g.</u>, 26 C.F.R. § 54.9815-2713(a)(1)(iv); 29 C.F.R. § 2590.715-2713(a)(1)(iv); 45 C.F.R. § 147.130(a)(1)(iv); 77 Fed. Reg. 8725 (Feb. 15, 2012).[1]  This Order applies only to requirements regarding the provision of coverage for the contraceptive services to which Plaintiffs object on religious grounds.  It should not be construed as applying to any other

---

[1] At the urging of the Government, and in an overabundance of caution, we note that should any future legislation or regulation come into effect providing for-profit entities a religious accommodation to the contraceptive coverage mandate, the Government reserves its right to enforce such legislation or regulation against Plaintiffs.

healthcare coverage required by law, including coverage of the other services required by the regulations regarding Women's Preventive Healthcare.

**IT IS FURTHER ORDERED** that the Clerk of Court shall mark this case **CLOSED**.

**BY THE COURT:**

**/s/ Mitchell S. Goldberg**

_____
**Mitchell S. Goldberg, J.**